UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI



UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 3:15CR*146*
8 U.S.C. § 1326(a)

JOSE BOLANOS-MARTINEZ
a/k/a Alvino Martinez

## INDICTMENT

The Grand Jury charges that:

### Count One

On or about November 14, 2015, in the Northern District of Mississippi, JOSE BOLANOS-MARTINEZ, a/k/a Alvino Martinez, defendant, an illegal alien, was found in the United States after having been previously excluded, deported, and removed therefrom on or about January 2, 2014, and not having obtained express consent from the United States Attorney General, or her successor, the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON